# Court of Appeals
# of the State of Georgia

ATLANTA,__ September 29, 2016 __

*The Court of Appeals hereby passes the following order:*

**A16A1064. IN THE INTEREST OF K. D. F. and K. F. F.**

We granted the mother's application for discretionary review of the trial court's order terminating her parental rights. Now that the full record is available, and because that record viewed in the proper light authorized the juvenile court to find by clear and convincing evidence that the mother's rights to custody were lost, we conclude that the application for discretionary appeal was improvidently granted. See *In re A.M.B.*, 324 Ga. App. 394, 396 (750 SE2d 709) (2013). Accordingly, the order granting her application is VACATED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___ 09/29/2016 ___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*